AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.

Darrius Roszario D. Washington
*Defendant*

)
)
)
)
)
)

Case No. RDB 13-cr-0663

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Darrius Roszario D. Washington**     ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Alleged Violations of Probation or Term of Supervised Release.

Date:     April 23, 2026

Address:     101 W. Lombard Street
             Baltimore, Md. 21201

| Return |
|---|
| This warrant was received on *(date)* 05/26/26 , and the person was arrested on *(date)* 05/26/26 at *(city and state)* Alexandria, VA . |
| Date: 05/26/26 |
| _Arresting officer's signature_ |
| Arielle Deem DUSM _Printed name and title_ |